IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH VERHEST

        Plaintiff,

vs.                                    No. CIV 09-663 MCA/LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

## ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND ORDER FOR SERVICE OF PROCESS

THIS MATTER comes before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* With Financial Affidavit Pursuant to 28 U.S.C. § 1915 [Doc. 5], filed July 9, 2009.

Plaintiff Joseph Verhest submitted an affidavit indicating that he is indigent. He requests that he be allowed to proceed in accord with Section 1915 and be authorized to file his Complaint without the payment of a filing fee. Plaintiff having made the requisite showing,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 5] is granted and he will be permitted to proceed without payment of a filing fee;

IT IS FURTHER ORDERED that the United States Marshal is directed to serve the summons and complaint personally on Defendant as directed by the Clerk.

                                          *Lorenzo F. Garcia*
                                          Lorenzo F. Garcia
                                          Chief United States Magistrate Judge